# APPENDIX 1

Each line below is deemed an allegation, incorporating the allegations, language, and references within the Saudi Arabia Short Form Complaint to which this Appendix 1 is appended and shall be referenced as Allegation 1 of Appendix 1 to the Saudi Arabia Short Form Complaint, Allegation 2 of Appendix 1 to the Saudi Arabia Short Form Complaint, etc.

|  | Plaintiff's Name (alphabetical by last name) | Plaintiff's State of Residency at Filing (or death) | Plaintiff's Citizenship/ Nationality on 9/11/2001 | 9/11 Decedent's Full Name | Plaintiff's Relationship to 9/11 Decedent | 9/11 Decedent's Citizenship/Nationality on 9/11/2001 | Nature of Claim (wrongful death, solatium, personal injury) |
|---|---|---|---|---|---|---|---|
| 1 | Adams, Thomas | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 2 | Nagler, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 3 | Nastasia, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 4 | Nastro, Francis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 5 | Nelson, Paul | NY | USA | N/A | N/A | N/A | Personal Injury |
| 6 | Nessler, Stephen J. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 7 | Nicoletti, Michael | NC | USA | N/A | N/A | N/A | Personal Injury |
| 8 | Nicolich, Sergio | NY | USA | N/A | N/A | N/A | Personal Injury |
| 9 | Noriega, Carlos A. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 10 | Nuetzel, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 11 | Nugent, Joseph R. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 12 | O'Connor, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 13 | O'Donnell, Timothy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 14 | O'Flaherty, Timothy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 15 | O'Brien, Joseph T. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 16 | O'Gorman, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 17 | Oliver, Jose | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 18 | Olszewski, Karl | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 19 | Omerza, Richard | PA | USA | N/A | N/A | N/A | Personal Injury |
| 20 | Openshaw, Michael | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 21 | Orduna, Osbert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 22 | O'Rourke, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 23 | Murphy, Daniel P. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 24 | Pack, Arnold | PA | USA | N/A | N/A | N/A | Personal Injury |
| 25 | Padgett, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 26 | Pafundi, David | NY | USA | N/A | N/A | N/A | Personal Injury |
| 27 | Palombo, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 28 | Panasik, Jeanne | NY | USA | N/A | N/A | N/A | Personal Injury |
| 29 | Pannizzo, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 30 | Pantina Bott, Lisa | NY | USA | N/A | N/A | N/A | Personal Injury |
| 31 | Paramithis, John | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 32 | Parinello, John J | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 33 | Parsons, Christopher | NY | USA | N/A | N/A | N/A | Personal Injury |
| 34 | Paschette, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 35 | Patterson, Gideon | NY | USA | N/A | N/A | N/A | Personal Injury |
| 36 | Pereira, Fernando | NY | USA | N/A | N/A | N/A | Personal Injury |
| 37 | Perera, Fausto | NY | USA | N/A | N/A | N/A | Personal Injury |
| 38 | Perillo, Francis | NY | USA | N/A | N/A | N/A | Personal Injury |
| 39 | Perrotta, Clemente | NY | USA | N/A | N/A | N/A | Personal Injury |
| 40 | Peterkins, Carol | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 41 | Petrella, Joseph | NY | USA | N/A | N/A | N/A | Personal Injury |
| 42 | Petrucci, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 43 | Piliere, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 44 | Plass, Charles | NY | USA | N/A | N/A | N/A | Personal Injury |
| 45 | Porpora, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 46 | Potanovic, Raymond | NY | USA | N/A | N/A | N/A | Personal Injury |
| 47 | Priolo, Frank | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 48 | Probst, Frank | NY | USA | N/A | N/A | N/A | Personal Injury |
| 49 | Qualls, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 50 | Quintana, Roy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 51 | Rabinowitz, Jeffrey | NY | USA | N/A | N/A | N/A | Personal Injury |
| 52 | Ragon, James W. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 53 | Ranaudo, Ross | NY | USA | N/A | N/A | N/A | Personal Injury |
| 54 | Rangel, Sr., Clemente | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 55 | Rastgir, Shahan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 56 | Raymond, Anthony | NY | USA | N/A | N/A | N/A | Personal Injury |
| 57 | Reid, Patrick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 58 | Reilly, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 59 | Reiser, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 60 | Rendino, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 61 | Reynolds, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 62 | Ricciardi, Robert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 63 | Richter, Andrew | NY | USA | N/A | N/A | N/A | Personal Injury |
| 64 | Ricotta, Christine | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | Rijos, Victor | NY | USA | N/A | N/A | N/A | Personal Injury |
| 66 | Roberto, Christopher | NY | USA | N/A | N/A | N/A | Personal Injury |
| 67 | Rogers, John | NY | USA | N/A | N/A | N/A | Personal Injury |
| 68 | Romagnoli, James | NY | USA | N/A | N/A | N/A | Personal Injury |
| 69 | Roman, Martita | NY | USA | N/A | N/A | N/A | Personal Injury |
| 70 | Romano, Jonathan | NY | USA | N/A | N/A | N/A | Personal Injury |
| 71 | Romero, Eveliz | NY | USA | N/A | N/A | N/A | Personal Injury |
| 72 | Rondon, Andy | NY | USA | N/A | N/A | N/A | Personal Injury |
| 73 | Rooney, Sean | NY | USA | N/A | N/A | N/A | Personal Injury |
| 74 | Rosario sr., Eric | NY | USA | N/A | N/A | N/A | Personal Injury |
| 75 | Rosati, Mike | FL | USA | N/A | N/A | N/A | Personal Injury |
| 76 | Rose, George | NY | USA | N/A | N/A | N/A | Personal Injury |
| 77 | Rowan, Harold | NY | USA | N/A | N/A | N/A | Personal Injury |
| 78 | Ruddick, Kenneth | NY | USA | N/A | N/A | N/A | Personal Injury |
| 79 | Ruggieri, Giovanni | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 80 | Ruggiero, Gary | NY | USA | N/A | N/A | N/A | Personal Injury |
| 81 | Rund, Norman | NY | USA | N/A | N/A | N/A | Personal Injury |
| 82 | Russell, William | NY | USA | N/A | N/A | N/A | Personal Injury |
| 83 | Russo, Dino | NY | USA | N/A | N/A | N/A | Personal Injury |
| 84 | Russo, Lawrence | NY | USA | N/A | N/A | N/A | Personal Injury |
| 85 | Ryan, Thomas W. | NY | USA | N/A | N/A | N/A | Personal Injury |
| 86 | Salmon, Ronald | NY | USA | N/A | N/A | N/A | Personal Injury |
| 87 | Santore, Michael | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 88 | Saponieri, Jr., Albert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 89 | Scarcella, William | NY | USA | N/A | N/A | N/A | Personal Injury |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 90 | Schmidt, Stephen | NY | USA | N/A | N/A | N/A | Personal Injury |
| 91 | Schnur, Michael | NY | USA | N/A | N/A | N/A | Personal Injury |
| 92 | Schuette, Thomas | NY | USA | N/A | N/A | N/A | Personal Injury |
| 93 | Schweitzer, Martin | NY | USA | N/A | N/A | N/A | Personal Injury |
| 94 | Sconzo, Dominick | NY | USA | N/A | N/A | N/A | Personal Injury |
| 95 | Scupp, Robert | NJ | USA | N/A | N/A | N/A | Personal Injury |
| 96 | Seda, Albert | NY | USA | N/A | N/A | N/A | Personal Injury |
| 97 | Seorti, Harris | NY | USA | N/A | N/A | N/A | Personal Injury |
| 98 | Serra, Jeff | NY | USA | N/A | N/A | N/A | Personal Injury |
| 99 | Sheridan, Farije | NY | USA | N/A | N/A | N/A | Personal Injury |
| 100 | Sherwood, Brian | NY | USA | N/A | N/A | N/A | Personal Injury |